T 212.752.5455   F 917.210.3980



Nathaniel A. Tarnor
Of Counsel
**HAGENS BERMAN SOBOL SHAPIRO LLP**
555 FIFTH AVENUE, SUITE 1700
NEW YORK, NY 10017
www.hbsslaw.com
**nathant@hbsslaw.com**

July 12, 2021

**VIA ECF**
Hon. Victor Marrero
United Stated Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *Tate v. Aterian, Inc., et al.*, No. 1:21-cv-04323-VM

Dear Judge Marrero:

My firm has been retained by Movant Antonio Velardo to file a motion in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") for consolidation of the related actions, appointment as lead plaintiff, and for approval of selection of counsel. Pursuant to the PSLRA, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff (regardless of whether they filed a complaint), no later than 60 days following the publication of the notice that was issued advising investors of the pendency of the action. *See* 15 U.S.C. §78u-4(a)(3)(A)-(B). Notice in this matter was issued on May 13, 2021; accordingly, motions must be filed no later than today.

Your Honor's Individual Practices require a pre-motion conference before making any motion. *See* § II. A.  We respectfully request leave from complying with this practice because the motion is statutorily required to be filed by today and we are unaware of which other class members, if any, will also seek appointment as lead plaintiff. Indeed, until the e-filing deadline expires at midnight tonight, there is no way to know who will seek appointment as lead plaintiff, and without all necessary parties at a pre-motion conference, there is no practicable way to effectively narrow or resolve the relief sought by our motion at this time.

Accordingly, we respectfully request that Your Honor's pre-motion conference requirement be waived in this narrow instance.

Best regards,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Nathaniel A. Tarnor*

Nathaniel A. Tarnor
Of Counsel

NAT:ln

SEATTLE   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   BERKELEY

011014-11/1573429 V1