**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>      Defendants. | Case No. 1:21-cv-04323-VM<br><br>CLASS ACTION |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>      Defendants. | Case No. 1:21-cv-05163-VM<br><br>CLASS ACTION |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT ANTONIO VELARDO AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Antonio Velardo ("Mr. Velardo" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Mr. Velardo's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on May 13, 2021; and

Exhibit D:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of July 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 2 -