# Exhibit B

**Loss Analysis for Antonio Velardo - Aterian, Inc. (ATER)**
**Class Period 12/01/20 - 05/03/21**

| | Date | Shares | **PURCHASES** Share Price | | Amount Paid | | Date | Shares | **SALES** Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | | |
| Class Period | 12/24/20 | 3,000 | $17.0600 | | $51,180.00 | | 02/25/21 | 1,500 | $42.0900 | | $63,135.00 |
| Purchases | 03/01/21 | 2,000 | $42.8500 | | $85,700.00 | | | | | | |
| | 03/05/21 | 1,000 | $29.4900 | | $29,490.00 | | | | | | |
| | 03/15/21 | 1,500 | $30.6000 | | $45,900.00 | | | | | | |
| | 03/16/21 | 2,000 | $30.0000 | | $60,000.00 | | | | | | |
| | 04/16/21 | 2,000 | $24.6400 | | $49,280.00 | | | | | | |
| Post Class | | | | | | Post Class | *5/11/2021 | 10,000 | $15.4600 | | $154,600.00 |
| Purchases | | | | | | Sales | | | | | |

*On 05/11/21 movant actually sold 10,000 shares at $12.60. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of ATER between 05/04/21 and 05/11/21, $15.46.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 11,500 | Total Amt. Paid in CP | $321,550.00 | Total Shares Sold in CP | 1,500 |
| | | | | Total Amt. Sold in CP | $63,135.00 |
| | | | | Post CP Shares Sold | 10,000 |
| | | | | Post CP Amount Sold | $154,600.00 |
| | | | | Total Shares Sold to Current | 11,500 |
| | | | | Total Amt. Sold to Current | $217,735.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    10,000    (CP Retained Shares)

Net Amount Paid in CP    $258,415.00
Net Amount Paid in CP Minus Sold to Current Date    $103,815.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    10,000    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $15.81

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $158,068.75
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $258,415.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $100,346.25
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $103,815.00 ALTERNATIVE