# Exhibit C

LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit



SERVICES ⌄     CONTACT US     FRANÇAIS     **SIGN IN**     REGISTER    🔍



# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Aterian, Inc. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

May 13, 2021 13:30 ET | Source: Block & Leviton LLP







···

BOSTON, May 13, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Aterian, Inc. (NASDAQ: ATER) (formerly known as Mohawk Group Holdings, Inc.) and certain of its executives for securities fraud. Investors who purchased Aterian shares between December 1, 2020 and May 3, 2021, and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case. The deadline to seek appointment as lead plaintiff is July 12, 2021.

On May 4, 2021, before the markets opened, analyst Culper Research issued a scathing report concerning Aterian. In its report, Culper wrote that "the Company has ties to convicted criminals and is promoting what we believe is an overhyped 'AI' narrative and a string of garbage acquisitions to mask the failure of its already ill-conceived core business." Culper continued that "Aterian has been largely unsuccessful in convincing other Amazon sellers to pay for its 'AIMEE' AI platform, and at least 5 former employees and a former customer have expressed doubts regarding AIMEE's legitimacy. We think that Aterian's underlying business has failed, forcing the Company to obscure its poor performance with a series of questionable acquisitions." Culper further wrote: "[w]e believe that there are serious problems with Aterian's claims to maintain strong organic growth and to drive M&A synergies: to us, neither of these appears to be the case. . . . In our view, this suggests not only that Aterian is unable to grow EBITDA at acquired



May 5, 2021 close of $15.72 per share, a two-day drop of $5.04 per share or approximately 24%.

The lawsuit was filed in the U.S. District Court for the Southern District of New York. The case is captioned *Tate v. Aterian, Inc., et al.*, No. 1:21-cv-4323 (S.D.N.Y.), and has not yet been assigned to a judge or specific courthouse. The class period is between December 1, 2020 and May 3, 2021, inclusive. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

If you purchased or acquired Aterian shares between December 1, 2020 and May 3, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is July 12, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP

www.blockleviton.com

Tags

Class Action

# Recommended Reading



**LAWSUIT FILED: Ubiquiti Inc. Sued for Violations of the Federal Securities Laws; Investors Should Contact Block & Leviton**

BOSTON, Mass., May 21, 2021 (GLOBE NEWSWIRE) -- Block & Leviton announces that a lawsuit for violations of the federal securities has been filed against Ubiquiti Inc. (NYSE: UI) and certain of...

**LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against PureCycle Technologies, Inc. for Securities Fraud; Investors Who Lost Money...**

BOSTON, May 20, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of...

## Explore

**Greenland Resources Provides Updates**

**New Hires Strengthen GuideOne National's**

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home
· Newsroom
· RSS Feeds
· Legal

© 2021 GlobeNewswire, Inc. All Rights Reserved.