# EXHIBIT 3

**Aterian, Inc. Loss Chart**
**Class Period:  December 1, 2020 through May 3, 2021**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $15.83 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nolff, Joseph | 4/12/2021 | 20,000 | ($28.30) | ($566,000.00) | | | | | | | | |
| | 4/14/2021 | 10,000 | ($26.45) | ($264,500.00) | | | | | | | | |
| | 4/29/2021 | 6,000 | ($23.55) | ($141,300.00) | 5/6/2021 | 36,000 | $15.60 | $561,600.00 | | | | |
| | 4/29/2021 | 7,500 | ($23.95) | ($179,625.00) | 5/6/2021 | 7,500 | $15.60 | $117,000.00 | | | | |
| | | 43,500 | | ($1,151,425.00) | | 43,500 | | $678,600.00 | 0 | $0.00 | ($472,825.00) | |