**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW G. TATE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, <br><br> Defendants. | Case No.: 1:21-cv-04323-VM <br><br> Hon. Victor Marrero |
| JEFF COON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, <br><br> Defendants. | Case No.: 1:21-cv-05163-VM <br><br> Hon. Victor Marrero |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF TAMARA RASOUMOFF'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Tamara Rasoumoff ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certification signed by Movant attesting to her transactions of

Aterian, Inc. ("Aterian" or the "Company") securities;

Exhibit B:      Loss Chart reflecting the losses incurred by Movant as a result of her

transactions in Aterian securities;

Exhibit C:      Press Release published May 13, 2021, on *Globe Newswire,* announcing the

pendency of the securities class action against defendants herein: *Tate v.*

*Aterian, Inc, Inc., et. al.,* Case No. 1:21-cv-04323-VM;

Exhibit D:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: July 12, 2021                              Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Tamara Rasoumoff and*
*[Proposed] Lead Counsel for the Class*

2