# EXHIBIT B

| Client Name | Tamara Rasoumoff |
|---|---|
| Company Name | Aterian, Inc. f/k/a Mohawk Group Holdings, Inc. |
| Ticker Symbol | ATER (f/k/a MHK) |
| Security Type | |
| Class Period Start | 12-01-2020 |
| Class Period End | 05-03-2021 |
| 90-DAY Lookback Period Start | 05-04-2021 |
| 90-DAY Lookback Period End | 07-12-2021 |
| 90-DAY Lookback Average | $ 15.82 |
| Pre Class Period Holdings | 8400 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $57,819.51 |
| Gross Shares Purchased | 7,777 |
| Net Shares Retained | 2,642 |
| Net Funds Expended | $110,114.22 |

### Tamara Rasoumoff - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 01-26-2021 | 300 | 24.23 | $ 7,269.00 | | | | | | - | 300 | 300 | $ 15.82 | $ 4,745.87 | $ 2,523.13 |
| 01-26-2021 | 300 | 24.23 | $ 7,269.00 | | | | | | | 300 | 300 | $ 15.82 | $ 4,745.87 | $ 2,523.13 |
| 01-26-2021 | 300 | 24.23 | $ 7,269.00 | | | | | | | 300 | 300 | $ 15.82 | $ 4,745.87 | $ 2,523.13 |
| 01-26-2021 | 300 | 24.23 | $ 7,269.00 | | | | | | | 300 | 300 | $ 15.82 | $ 4,745.87 | $ 2,523.13 |
| 01-26-2021 | 50 | 24.23 | $ 1,211.50 | | | | | | | 50 | 50 | $ 15.82 | $ 790.98 | $ 420.52 |
| 01-27-2021 | 150 | 22.98 | $ 3,447.00 | 01-28-2021 | 150 | | $ 24.10 | $ 3,615.00 | - | - | - | $ 15.82 | | -$ 168.00 |
| 01-27-2021 | 10 | 22.98 | $ 229.80 | | | | | | | 10 | 10 | $ 15.82 | $ 158.20 | $ 71.60 |
| 02-10-2021 | 100 | 42.1 | $ 4,210.00 | 02-10-2021 | 100 | | $ 41.92 | $ 4,192.00 | - | - | - | $ 15.82 | | $ 18.00 |
| 02-10-2021 | 2 | 42.1 | $ 84.20 | 02-10-2021 | 2 | | $ 41.92 | $ 83.84 | - | - | - | $ 15.82 | | $ 00.36 |
| 02-10-2021 | 4 | 42.1 | $ 168.40 | 02-10-2021 | 4 | | $ 41.92 | $ 167.68 | - | - | - | $ 15.82 | | $ 00.72 |
| 02-10-2021 | 194 | 42.1 | $ 8,167.40 | 02-10-2021 | 194 | | $ 41.92 | $ 8,132.48 | - | - | - | $ 15.82 | | $ 34.92 |
| 02-10-2021 | 200 | 42.1 | $ 8,420.00 | | | | | | | 200 | 200 | $ 15.82 | $ 3,163.92 | $ 5,256.08 |
| 02-10-2021 | 100 | 42.1 | $ 4,210.00 | 02-10-2021 | 100 | | $ 41.92 | $ 4,192.00 | - | - | - | $ 15.82 | | $ 18.00 |
| 02-11-2021 | 100 | 41 | $ 4,100.00 | | | | | | | 100 | 100 | $ 15.82 | $ 1,581.96 | $ 2,518.04 |
| 02-11-2021 | 260 | 40 | $ 10,400.00 | 03-10-2021 | 260 | | $ 37.28 | $ 9,692.80 | - | - | - | $ 15.82 | | $ 707.20 |
| 02-11-2021 | 40 | 40 | $ 1,600.00 | | | | | | | 40 | 40 | $ 15.82 | $ 632.78 | $ 967.22 |
| 02-18-2021 | 266 | 44.75 | $ 11,903.50 | 02-18-2021 | 266 | | $ 45.60 | $ 12,129.60 | - | - | - | $ 15.82 | | -$ 226.10 |
| 02-18-2021 | 4 | 44.75 | $ 179.00 | 02-18-2021 | 4 | | $ 45.60 | $ 182.40 | - | - | - | $ 15.82 | | -$ 03.40 |
| 02-18-2021 | 280 | 44.75 | $ 12,530.00 | 03-02-2021 | 280 | | $ 46.95 | $ 13,146.00 | - | - | - | $ 15.82 | | -$ 616.00 |
| 02-18-2021 | 350 | 44.75 | $ 15,662.50 | 03-10-2021 | 350 | | $ 37.28 | $ 13,048.00 | - | - | - | $ 15.82 | | $ 2,614.50 |
| 02-18-2021 | 30 | 44.75 | $ 1,342.50 | 02-18-2021 | 30 | | $ 45.60 | $ 1,368.00 | - | - | - | $ 15.82 | | -$ 25.50 |
| 02-19-2021 | 182 | 43.47 | $ 7,911.54 | 03-02-2021 | 182 | | $ 46.95 | $ 8,544.90 | - | - | - | $ 15.82 | | -$ 633.36 |
| 02-19-2021 | 138 | 43.47 | $ 5,998.86 | 03-02-2021 | 138 | | $ 46.95 | $ 6,479.10 | - | - | - | $ 15.82 | | -$ 480.24 |
| 03-03-2021 | 114 | 40.85 | $ 4,656.90 | 03-10-2021 | 114 | | $ 37.28 | $ 4,249.92 | - | - | - | $ 15.82 | | $ 406.98 |
| 03-03-2021 | 200 | 40.85 | $ 8,170.00 | 03-10-2021 | 200 | | $ 37.28 | $ 7,456.00 | - | - | - | $ 15.82 | | $ 714.00 |
| 03-03-2021 | 254 | 40.85 | $ 10,375.90 | 03-10-2021 | 254 | | $ 37.28 | $ 9,469.12 | - | - | - | $ 15.82 | | $ 906.78 |
| 03-03-2021 | 107 | 40.85 | $ 4,370.95 | 03-10-2021 | 107 | | $ 37.28 | $ 3,988.96 | - | - | - | $ 15.82 | | $ 381.99 |
| 03-10-2021 | 198 | 36.1 | $ 7,147.80 | | | | | | | 198 | 198 | $ 15.82 | $ 3,132.28 | $ 4,015.52 |
| 03-10-2021 | 444 | 36.1 | $ 16,028.40 | | | | | | | 444 | 444 | $ 15.82 | $ 7,023.89 | $ 9,004.51 |
| 03-15-2021 | 400 | 32.5 | $ 13,000.00 | | | | | | | 400 | 400 | $ 15.82 | $ 6,327.83 | $ 6,672.17 |
| 03-15-2021 | 100 | 30.7 | $ 3,070.00 | 03-16-2021 | 100 | | $ 31.72 | $ 3,172.00 | - | - | - | $ 15.82 | | -$ 102.00 |
| 03-15-2021 | 100 | 30.7 | $ 3,070.00 | 03-16-2021 | 100 | | $ 31.71 | $ 3,171.00 | - | - | - | $ 15.82 | | -$ 101.00 |
| 03-16-2021 | 13 | 29.8 | $ 387.40 | 03-16-2021 | 13 | | $ 30.40 | $ 395.20 | - | - | - | $ 15.82 | | -$ 07.80 |
| 03-16-2021 | 100 | 29.8 | $ 2,980.00 | 03-16-2021 | 100 | | $ 30.40 | $ 3,040.00 | - | - | - | $ 15.82 | | -$ 60.00 |
| 03-16-2021 | 87 | 29.77 | $ 2,589.99 | 03-16-2021 | 87 | | $ 30.40 | $ 2,644.80 | - | - | - | $ 15.82 | | -$ 54.81 |
| 03-16-2021 | 100 | 29.22 | $ 2,922.00 | 03-16-2021 | 100 | | $ 30.40 | $ 3,040.00 | - | - | - | $ 15.82 | | -$ 118.00 |
| 03-16-2021 | 1 | 29.22 | $ 29.22 | 03-16-2021 | 1 | | $ 30.42 | $ 30.42 | - | - | - | $ 15.82 | | -$ 01.20 |
| 03-16-2021 | 41 | 29.22 | $ 1,198.02 | 03-16-2021 | 41 | | $ 30.40 | $ 1,246.40 | - | - | - | $ 15.82 | | -$ 48.38 |
| 03-16-2021 | 58 | 29.22 | $ 1,694.76 | 03-16-2021 | 58 | | $ 30.40 | $ 1,763.20 | - | - | - | $ 15.82 | | -$ 68.44 |
| 03-25-2021 | 243 | 28.33 | $ 6,884.19 | 03-31-2021 | 243 | | $ 30.00 | $ 7,290.00 | - | - | - | $ 15.82 | | -$ 405.81 |
| 03-25-2021 | 57 | 28.33 | $ 1,614.81 | 03-31-2021 | 57 | | $ 30.00 | $ 1,710.00 | - | - | - | $ 15.82 | | -$ 95.19 |
| 03-25-2021 | 200 | 28.33 | $ 5,666.00 | | | | | | | 200 | 200 | $ 15.82 | $ 3,163.92 | $ 2,502.08 |
| 04-09-2021 | 171 | 30.75 | $ 5,258.25 | | | | | | | 171 | 171 | $ 15.82 | $ 2,705.15 | $ 2,553.10 |
| 04-09-2021 | 20 | 30.75 | $ 615.00 | | | | | | | 20 | 20 | $ 15.82 | $ 316.39 | $ 298.61 |
| 04-09-2021 | 1 | 30.75 | $ 30.75 | | | | | | | 1 | 1 | $ 15.82 | $ 15.82 | $ 14.93 |
| 04-09-2021 | 100 | 30.75 | $ 3,075.00 | | | | | | | 100 | 100 | $ 15.82 | $ 1,581.96 | $ 1,493.04 |
| 04-09-2021 | 108 | 30.75 | $ 3,321.00 | | | | | | | 108 | 108 | $ 15.82 | $ 1,708.51 | $ 1,612.49 |
| 04-14-2021 | 50 | 26.5 | $ 1,325.00 | | | | | | | 50 | 50 | $ 15.82 | $ 790.98 | $ 534.02 |
| 04-14-2021 | 200 | 26.5 | $ 5,300.00 | | | | | | | 200 | 200 | $ 15.82 | $ 3,163.92 | $ 2,136.08 |
| 04-19-2021 | 300 | 22.88 | $ 6,864.00 | | | | | | | 300 | 300 | $ 15.82 | $ 4,745.87 | $ 2,118.13 |
| 04-27-2021 | 150 | 24.25 | $ 3,637.50 | | | | | | | 150 | 150 | $ 15.82 | $ 2,372.94 | $ 1,264.56 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | Shares | Shares | Price | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-27-2021 | 100 | 24.25 | $2,425.00 | | | | | | 100 | 100 | $15.82 | $1,581.96 | $843.04 |
| 04-27-2021 | 100 | 24.25 | $2,425.00 | | | | | - | 100 | 100 | $15.82 | $1,581.96 | $843.04 |
| Matched against pre class period holdings | | | | 12-03-2020 | 300 | $08.82 | $2,646.00 | - | - | - | $15.82 | | |
| Matched against pre class period holdings | | | | 12-03-2020 | 1200 | $08.82 | $10,584.00 | - | - | - | $15.82 | | |
| **Total:** | **7,777** | | **$260,985.04** | | **5,135** | | **$150,870.82** | | **4,142** | **4,142** | | **$65,524.71** | **$57,819.51** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.