UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : : : : : | Civil Action No. 1:21-cv-04323-VM |
| Plaintiff, | | CLASS ACTION |
| vs. | | |
| ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, | | |
| Defendants. | | |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : : : | Civil Action No. 1:21-cv-05163-VM |
| Plaintiff, | | CLASS ACTION |
| vs. | | |
| ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, | | |
| Defendants. | x | |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4829-2171-7489.v1

Case 1:21-cv-04323-VM    Document 26    Filed 07/12/21    Page 2 of 4

I, DAVID A. ROSENFELD, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Andrew R. Zenoff in the above-captioned related securities class actions.  I make this declaration in support of Mr. Zenoff's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Notice of pendency of first-filed class action published in *Globe Newswire*, on May 13, 2021;

Exhibit B:     Mr. Zenoff's Certification;

Exhibit C:     Mr. Zenoff's loss estimate, prepared by counsel; and

Exhibit D:     Mr. Zenoff's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 12th day of July, 2021.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4829-2171-7489.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4829-2171-7489.v1

# Mailing Information for a Case 1:21-cv-04323-VM Tate v. Aterian, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Geoffrey Rogers Chepiga**
  gchepiga@paulweiss.com,mao_fednational@paulweiss.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Daniel Shiah Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Brady M. Sullivan**
  bmsullivan@paulweiss.com

- **Nathaniel A. Tarnor**
  NathanT@hbsslaw.com,lisal@hbsslaw.com

- **Stephen J. Teti**
  steti@blockesq.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)