# EXHIBIT C

Movants' Purchases and Losses

Class Period: 12/01/2020 - 05/03/2021

Aterian

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Andrew R. Zenoff** | 02/16/2021 | 250 | $46.32 | $11,580.00 | 02/17/2021 | 2,150 | $46.04 | $98,986.00 | |
| | 02/16/2021 | 200 | $46.78 | $9,356.00 | 02/18/2021 | 2,150 | $43.01 | $92,460.75 | |
| | 02/16/2021 | 1,000 | $45.61 | $45,610.00 | held | 4,750 | $15.87 | $75,375.43 | |
| | 02/17/2021 | 400 | $47.59 | $19,036.00 | | | | | |
| | 02/17/2021 | 300 | $47.79 | $14,337.00 | | | | | |
| | 02/17/2021 | 2,150 | $45.70 | $98,255.00 | | | | | |
| | 03/03/2021 | 1,000 | $43.28 | $43,282.70 | | | | | |
| | 03/03/2021 | 250 | $43.02 | $10,755.00 | | | | | |
| | 03/03/2021 | 500 | $44.24 | $22,117.50 | | | | | |
| | 03/03/2021 | 500 | $41.98 | $20,988.15 | | | | | |
| | 03/04/2021 | 1,000 | $33.50 | $33,500.00 | | | | | |
| | 03/04/2021 | 500 | $36.05 | $18,025.05 | | | | | |
| | 03/04/2021 | 1,000 | $36.00 | $36,000.10 | | | | | |
| | | **9,050** | | **$382,842.50** | | **9,050** | | **$266,822.18** | **($116,020.32)** |
| **Andrew R. Zenoff - SEP IRA** | 03/04/2021 | 1 | $35.98 | $35.98 | held | 150 | $15.87 | $2,380.28 | |
| | 03/04/2021 | 149 | $35.81 | $5,335.70 | | | | | |
| | | **150** | | **$5,371.68** | | **150** | | **$2,380.28** | **($2,991.40)** |
| **Movants' Total** | | **9,200** | | **$388,214.18** | | **9,200** | | **$269,202.45** | **($119,011.73)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $15.87 as of July 09, 2021 for common stock.

Prices listed are rounded to two decimal places.