# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated, | x<br>: Civil Action No. 1:21-cv-04323-VM<br>:<br>: CLASS ACTION |
| Plaintiff, | : |
| vs. | : |
| ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, | : |
| Defendants. | : |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated, | x<br>: Civil Action No. 1:21-cv-05163-VM<br>:<br>: CLASS ACTION |
| Plaintiff, | : |
| vs. | : |
| ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, | : |
| Defendants. | : <br>x |

DECLARATION OF ANDREW R. ZENOFF

4830-5992-5745.v1

I, ANDREW R. ZENOFF, declare as follows:

1. This declaration is made in support of my motion for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am 56 years old and reside in San Diego, California.

3. I am an entrepreneur, business owner, and inventor. Among the companies I have founded and operated are Bean Authentic Inc., DayOne Centers, Inc., and Zenoff Products, Inc. I am also the creator of My Brest Friend, a pioneering invention in the maternity nursing product industry that has sold millions of units in more than 30 countries for 25 years.

4. I attended Babson College in Wellesley, Massachusetts, where I studied business, entrepreneurship, and marketing.

5. I have over two decades of experience investing in the capital markets.

6. As a result of my career in business and entrepreneurship, I held significant supervisory, management, oversight, and leadership responsibilities. Likewise, I have experience hiring and overseeing attorneys – including Robbins Geller – in connection with various matters over the years.

7. I suffered substantial losses as a result of my transactions in Aterian, Inc. securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class.

8. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

9. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

- 1 -

4830-5992-5745.v1

10.     I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

11.     I am aware that I have the right to select counsel as part of the lead plaintiff process. I assessed the firm's qualifications and I spoke with Robbins Geller attorneys on multiple occasions as part of my due diligence process.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8 day of July, 2021, at San Diego, California.

DocuSigned by:

*Andrew R. Zenoff*

EE82C6790A5C484...

ANDREW R. ZENOFF

+

- 2 -