UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW G. TATE, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>                              Defendants. | Case No. 1:21-cv-04323-VM<br><br>CLASS ACTION |
| JEFF COON, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>Defendants. | Case No. 1:21-cv-05163-VM |

**DECLARATION OF VELVEL (DEVIN) FREEDMAN IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF HUNGEN LIN AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Velvel (Devin) Freedman, hereby declare as follows:

1.      I am a Partner at Roche Freedman LLP ("Roche Freedman"), counsel on behalf of movant Hungen Lin ("Movant"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Movant's Motion for consolidation of the above-captioned related securities class actions, appointment as Lead Plaintiff, and approval of his selection of Roche Freedman as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:      Shareholder Certification executed by Movant;

Exhibit B:      Loss chart of Movant;

Exhibit C:      Declaration of Movant;

Exhibit D:      Firm resume of Roche Freedman; and

Exhibit E:      Press release published over *Globe Newswire*, announcing the pendency of the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of July, 2021, at Miami, Florida.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on July 12, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman

2