# EXHIBIT B

Aterian, Inc. (ATER)
Class Period: December 1, 2020 - May 3, 2021
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price Purchased | Amount | Sales Date | Shares Sold | Shares Retained | Price | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Hungen Lin | 3/4/2021 | 200 | $ 32.25 | $ (6,450.00) | 6/7/2021 | 200 | | $ 19.85 | $ 3,970.00 | |
| | 3/29/2021 | 500 | $ 27.90 | $ (13,950.00) | | | | | | |
| | 4/12/2021 | 300 | $ 28.05 | $ (8,415.00) | | | | | | |
| | 4/29/2021 | 300 | $ 24.10 | $ (7,230.00) | | | | | | |
| | | | | | | | 1,100 | $ 15.807 | $ 17,387.56 | |
| TOTAL | | 1,300 | | $ (36,045.00) | | | 1,100 | | | $ (14,687) |