# EXHIBIT C

## Loss Chart

**Company Name:**  Aterian, Inc.
**Ticker:**  ATER
**Class Period:**  December 1, 2020 to May 3, 2021
**Name:**  Boris Kerzhner

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/4/2021 | 250 | $32.0500 | -$8,012.5000 | | $0.0000 | -$8,012.50 |
| 3/8/2021 | 614 | $36.0000 | -$22,104.0000 | | $0.0000 | -$22,104.00 |
| 3/8/2021 | 186 | $36.0100 | -$6,697.8600 | | $0.0000 | -$6,697.86 |
| 3/26/2021 | 222 | $29.0450 | -$6,447.9900 | | $0.0000 | -$6,447.99 |
| 4/12/2021 | 222 | $28.0142 | -$6,219.1524 | | $0.0000 | -$6,219.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,494** | | | | **Subtotal:** | **-$49,481.50** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $23,707.55 |
| | | | $15.8685 | 1,494 | **Total:** | **-$25,773.95** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 4, 2021 and July 9, 2021.