**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>Defendants. | Case No. 1:21-cv-04323-VM<br><br><u>CLASS ACTION</u> |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>Defendants. | Case No. 1:21-cv-05163-VM<br><br><u>CLASS ACTION</u> |

**DECLARATION OF NATHANIEL A. TARNOR IN FURTHER SUPPORT OF MOTION OF ANTONIO VELARDO FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Nathaniel A. Tarnor, declare as follows:

1.    I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Antonio Velardo ("Movant"). I am an attorney licensed to practice law in the State of New York. I make this declaration in further support of Movant's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Revised Loss Analysis for Andrew R. Zenoff; and

Exhibit B:    Revised Loss Analysis for Antonio Velardo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July, 2021, at Berkeley, California.

_/s/ Nathaniel A. Tarnor_
NATHANIEL A. TARNOR

TARNOR DECLARATION                                                                                                - 1
Case No.: 1:21-cv-04323-VM