# Exhibit A

|  | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Stock | $109,587.34 | $109,587.34 |
| SEP IRA | $3,000.64 | $3,000.64 |
|  | $112,587.98 | $112,587.98 |

**Loss Analysis for Andrew Zenoff (Robbins Geller) - Aterian, Inc. (ATER)**
**Class Period 12/01/20 - 05/03/21**
**Stock**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 02/16/21 | 250 | $46.3200 | $11,580.00 | | 02/17/21 | 2,150 | $46.0400 | $98,986.00 |
| Purchases | 02/16/21 | 200 | $46.7800 | $9,356.00 | | 02/18/21 | 2,150 | $43.0100 | $92,471.50 |
| | 02/16/21 | 1,000 | $45.6100 | $45,610.00 | | | | | |
| | 02/17/21 | 400 | $47.5900 | $19,036.00 | | | | | |
| | 02/17/21 | 300 | $47.7900 | $14,337.00 | | | | | |
| | 02/17/21 | 2,150 | $45.7000 | $98,255.00 | | | | | |
| | 03/03/21 | 1,000 | $43.2800 | $43,280.00 | | | | | |
| | 03/03/21 | 250 | $43.0200 | $10,755.00 | | | | | |
| | 03/03/21 | 500 | $44.2400 | $22,120.00 | | | | | |
| | 03/03/21 | 500 | $41.9800 | $20,990.00 | | | | | |
| | 03/04/21 | 1,000 | $33.5000 | $33,500.00 | | | | | |
| | 03/04/21 | 500 | $36.0500 | $18,025.00 | | | | | |
| | 03/04/21 | 1,000 | $36.0000 | $36,000.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 4,750 | Total Amt. Paid in CP | $184,670.00 | Total Shares Sold in CP 0   Total Amt. Sold in CP $0.00 |
| | | | | Post CP Shares Sold 0   Post CP Amount Sold $0.00 |
| | | | | Total Shares Sold to Current 0  Total Amt. Sold to Current $0.00 **ALTERNATIVE** |

Actual Net Shares Acquired in CP   4,750   (CP Retained Shares)

Net Amount Paid  in CP   $184,670.00
Net Amount Paid in CP Minus Sold to Current Date   $184,670.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)   4,750   Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date   4,750   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $15.81

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $75,082.66
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $75,082.66 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $109,587.34 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $109,587.34
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $109,587.34 **ALTERNATIVE**

**Loss Analysis for Andrew Zenoff (Robbins Geller) - Aterian, Inc. (ATER)**
**Class Period 12/01/20 - 05/03/21**
**SEP IRA**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 03/04/21 | 1 | $35.9800 | $35.98 | | | | | |
| Purchases | 03/04/21 | 149 | $35.8100 | $5,335.69 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 150 | Total Amt. Paid in CP | $5,371.67 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 **ALTERNATIVE** |

Actual Net Shares Acquired in CP    150 (CP Retained Shares)

Net Amount Paid in CP    $5,371.67
Net Amount Paid in CP Minus Sold to Current Date    $5,371.67 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    150 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    150 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $15.81

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $2,371.03
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $2,371.03 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $3,000.64 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $3,000.64
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $3,000.64 **ALTERNATIVE**