# Exhibit B

**Loss Analysis for Antonio Velardo - Aterian, Inc. (ATER)**
**Class Period 12/01/20 - 05/03/21**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | ~~12/24/20~~ | ~~1,500~~ | ~~$17.0600~~ | ~~$25,590.00~~ | | ~~02/25/21~~ | ~~1,500~~ | ~~$42.0900~~ | ~~$63,135.00~~ |
| | 12/24/20 | 1,500 | $17.0600 | $25,590.00 | | | | | |
| Purchases | 03/01/21 | 2,000 | $42.8500 | $85,700.00 | | | | | |
| | 03/05/21 | 1,000 | $29.4900 | $29,490.00 | | | | | |
| | 03/15/21 | 1,500 | $30.6000 | $45,900.00 | | | | | |
| | 03/16/21 | 2,000 | $30.0000 | $60,000.00 | | | | | |
| | 04/16/21 | 2,000 | $24.6400 | $49,280.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | *5/11/2021 | 10,000 | $15.4600 | $154,600.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*On 05/11/21 movant actually sold 10,000 shares at $12.60. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of ATER between 05/04/21 and 05/11/21, $15.46.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 10,000 | Total Amt. Paid in CP | $295,960.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Acquired in CP: 10,000  
Total Amt. Paid in CP: $295,960.00  
Total Shares Sold in CP: 0  
Total Amt. Sold in CP: $0.00  

Post CP Shares Sold: 10,000  
Post CP Amount Sold: $154,600.00  
Total Shares Sold to Current: 10,000  
Total Amt. Sold to Current: $154,600.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 10,000 (CP Retained Shares)

Net Amount Paid in CP: $295,960.00  
Net Amount Paid in CP Minus Sold to Current Date: $141,360.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 10,000 Automatically 0 if Negative  
Net Shares Acquired During Class Period Held to Current Date: 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $15.81

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $158,068.75  
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 **ALTERNATIVE**  
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $295,960.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $137,891.25  
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $141,360.00 **ALTERNATIVE**