UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>               Defendants. | Civil Action No. 1:21-cv-04323-VM<br><br><u>CLASS ACTION</u> |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE,<br><br>               Defendants. | Civil Action No. 1:21-cv-05163-VM<br><br><u>CLASS ACTION</u> |

ANDREW R. ZENOFF'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS

4828-4354-6355.v1

Six motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned related securities class actions.  *See* ECF Nos. 14, 17, 20, 24, 28, 31.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff."  15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Andrew R. Zenoff suffered approximately $119,011 in losses as a result of defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, Mr. Zenoff recognizes he did not suffer the greatest loss.  If the Court determines that Joseph P. Nolff, the only competing movant with greater losses than Mr. Zenoff, does not satisfy the PSLRA's requirements for appointment as lead plaintiff, Mr. Zenoff remains ready, willing, and able to fulfill that role on behalf of the class.

DATED:  July 26, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4828-4354-6355.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 26, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4828-4354-6355.v1

# Mailing Information for a Case 1:21-cv-04323-VM Tate v. Aterian, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com

- **Geoffrey Rogers Chepiga**
  gchepiga@paulweiss.com,mao_fednational@paulweiss.com

- **Aaron Hayes Crowell**
  acrowell@cgr-law.com,paralegals@cgr-law.com

- **Devin Freedman**
  vel@rcfllp.com,ECF_Notifications@rcfllp.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Daniel Shiah Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Brady M. Sullivan**
  bmsullivan@paulweiss.com

- **Nathaniel A. Tarnor**
  NathanT@hbsslaw.com,lisal@hbsslaw.com

- **Stephen J. Teti**
  steti@blockesq.com

- **Isaac Berkman Zaur**
  izaur@cgr-law.com,paralegals@cgr-law.com

- **Royce Liverant Zeisler**
  RZeisler@cgr-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)