# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW G. TATE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, <br><br> Defendants. | Case No. 1:21-cv-04323-VM <br><br> <u>CLASS ACTION</u> |
| JEFF COON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATERIAN, INC., YANIV SARIG, and FABRICE HAMAIDE, <br><br> Defendants. | Case No. 1:21-cv-05163-VM <br><br> <u>CLASS ACTION</u> |

**RESPONSE TO COMPETING MOTIONS TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

011014-11/1587073 V1

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in Aterian, Inc. securities from December 1, 2020 through May 3, 2021.

Movant Antonio Velardo ("Movant") applied for appointment as lead plaintiff on July 12, 2021, stating that he suffered losses of $103,815. Several competing motions were filed, and based on a review of those motions, it appears that Movant does not have the largest financial interest in this litigation.

Rather, out of the six movants, Joseph P. Nolff reports $472,825 in losses, and thus has sustained losses greater than Movant. Should Nolff be found lacking, or his losses less than Movant and therefore not appointed lead plaintiff, Movant should be appointed. Movant's losses are greater than the remaining movants, he has shown that he is typical and adequate, and would then be the presumptive "most adequate plaintiff".

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises.

Respectfully submitted,

DATED:  August 2, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

By ___/s/ Nathaniel A. Tarnor___
        NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

1

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Antonio Velardo*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Nathaniel A. Tarnor
NATHANIEL A. TARNOR