USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH NOLFF,                       :
                                    :
            Plaintiff,              :
                                    :   21 Civ. 4323
    - against -                     :
                                    :
ATERIAN, INC., et al.,              :
                                    :
            Defendants.             :
------------------------------------X
SHAOXUAN ZHANG,                     :
                                    :
            Plaintiff,              :
                                    :   21 Civ. 8657
    - against -                     :
                                    :      ORDER
ATERIAN, INC., et al.,              :
                                    :
            Defendants.             :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court notes that in all material respects the papers describe substantially similar underlying events arising out of the same or similar operative facts, and that the parties are substantially the same parties. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is respectfully requested to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lower numbered case, 21 Civ. 4323; and it is further

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 21 Civ. 8657, as a separate action and remove it from the Court's docket.

**SO ORDERED:**

Dated:   New York, New York
         26 October 2021

_____
Victor Marrero
U.S.D.J.