UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ,<br><br>  Defendants. | CASE No.: 1:21-cv-04323-VM<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER |

WHEREAS, Lead Plaintiff and Defendants have reached an agreement in principle to settle this action and, on March 16, 2022, executed a Memorandum of Understanding ("MOU") to memorialize that agreement;

WHEREAS, the parties have agreed to execute a final stipulation of settlement within 35 days, and Lead Plaintiff have agreed to submit a motion for preliminary approval of this class action settlement within 20 days thereafter; and

WHEREAS, the parties have agreed to respectfully request that the proceedings in this action be stayed pending the submission of the motion for preliminary approval;

IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, through their undersigned counsel, subject to the Court's approval, as follows:

1. Lead Plaintiff and Defendants shall execute a final stipulation of settlement within thirty-five (35) days, and will advise the Court when this has been completed;

2. Lead Plaintiff will file his motion for preliminary approval to the Court within twenty (20) days of execution of the stipulation of settlement; and

3.     All other deadlines and proceedings in this matter (Dkt Nos. 64, 74, & 78) are hereby stayed pending submission of the motion for preliminary approval.

AGREED TO, this 17th day of March, 2022.

| | |
|---|---|
| By: /s/ Jacob A. Goldberg<br>Jacob A. Goldberg<br>**ROSEN LAW FIRM**<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>Telephone: (215) 600-2817<br>Email: jgoldberg@rosenlegal.com<br><br>**ROSEN LAW FIRM**<br>Jing Chen<br>275 Madison Avenue, 40th floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>Email: jchen@rosenlegal.com<br><br>*Lead Counsel for Plaintiffs and the putative class*<br><br>By: /s/ Jonathan L. Adler<br>Jonathan L. Adler<br>Noam Besdin<br>**STEIN ADLER DABAH ZELKOWITZ LLP**<br>1633 Broadway<br>Ste 46th Fl.<br>New York, NY 10019<br>Tel: 212-867-5620<br>jadler@steinadlerlaw.com<br>nbesdin@steinadlerlaw.com<br><br>*Attorneys for Defendant Fabrice Hamaide* | By: /s/ Aaron H. Crowell<br>Aaron H. Crowell<br>Isaac B. Zaur<br>Royce Zeisler<br>**CLARICK GUERON REISBAUM LLP**<br>220 Fifth Avenue, 14th Floor<br>New York, NY 10001<br>Tel: (212) 633-4310<br>Fax: (646) 478-9484<br>izaur@cgr-law.com<br>acrowell@cgr-law.com<br>rzeisler@cgr-law.com<br><br>Geoffrey Chepiga<br>Daniel Sinnreich<br>Brady M. Sullivan<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the AmericasNew York, NY 10019-6064<br>Tel: (212) 373-3000<br>gchepiga@paulweiss.com<br>dsinnreich@paulweiss.com<br><br>*Attorneys for Defendants Aterian, Inc., Yaniv Sarig and Arturo Rodriguez* |

IT IS SO ORDERED

Dated: _____, 2022                    _____
                                                        Hon. Victor Marrero