**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated, | CASE No.: 1:21-cv-04323-VM |
| Plaintiffs, | |
| v. | CLASS ACTION |
| | **STIPULATION AND ORDER** |
| ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ, | |
| Defendants. | |

WHEREAS, Lead Plaintiff and Defendants have reached an agreement in principle to settle this action and, on March 16, 2022, executed a Memorandum of Understanding ("MOU") to memorialize that agreement;

WHEREAS, the parties have agreed to execute a final stipulation of settlement within 35 days, and Lead Plaintiff have agreed to submit a motion for preliminary approval of this class action settlement within 20 days thereafter; and

WHEREAS, the parties have agreed to respectfully request that the proceedings in this action be stayed pending the submission of the motion for preliminary approval;

IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, through their undersigned counsel, subject to the Court's approval, as follows:

1.      Lead Plaintiff and Defendants shall execute a final stipulation of settlement within thirty-five (35) days, and will advise the Court when this has been completed;

2.      Lead Plaintiff will file his motion for preliminary approval to the Court within twenty (20) days of execution of the stipulation of settlement; and

3.     All other deadlines and proceedings in this matter (Dkt Nos. 64, 74, & 78) are hereby stayed pending submission of the motion for preliminary approval.

AGREED TO, this 17th day of March, 2022.

By: /s/ Jacob A. Goldberg
Jacob A. Goldberg
**ROSEN LAW FIRM**
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: jgoldberg@rosenlegal.com

**ROSEN LAW FIRM**
Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Email: jchen@rosenlegal.com

*Lead Counsel for Plaintiffs and the putative class*

By: /s/ Jonathan L. Adler
Jonathan L. Adler
Noam Besdin
**STEIN ADLER DABAH
ZELKOWITZ LLP**
1633 Broadway
Ste 46th Fl.
New York, NY 10019
Tel: 212-867-5620
jadler@steinadlerlaw.com
nbesdin@steinadlerlaw.com

*Attorneys for Defendant Fabrice
Hamaide*

By: /s/ Aaron H. Crowell
Aaron H. Crowell
Isaac B. Zaur
Royce Zeisler
**CLARICK GUERON REISBAUM LLP**
220 Fifth Avenue, 14th Floor
New York, NY 10001
Tel: (212) 633-4310
Fax: (646) 478-9484
izaur@cgr-law.com
acrowell@cgr-law.com
rzeisler@cgr-law.com

Geoffrey Chepiga
Daniel Sinnreich
Brady M. Sullivan
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the AmericasNew
York, NY 10019-6064
Tel: (212) 373-3000
gchepiga@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants Aterian,
Inc., Yaniv Sarig and Arturo
Rodriguez*

IT IS SO ORDERED

Dated: ___March 18___, 2022

_____
Victor Marrero
U.S.D.J.

2