**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ,<br><br>   Defendants. | **CASE No.: 1:21-cv-04323-VM** |

**DECLARATION OF JACOB A. GOLDBERG  IN SUPPORT OF THE UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Jacob A. Goldberg, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a partner of the law firm of The Rosen Law Firm, P.A., court-appointed Lead Counsel for Plaintiffs and the proposed Settlement Class. I am admitted to practice before this Court. I make this declaration in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2020 Review and Analysis.*

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2022, in Jenkintown, PA.

*/s/Jacob A. Goldberg*
Jacob A. Goldberg

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/Jacob A. Goldberg*
Jacob A. Goldberg