**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ, <br><br> Defendants. | **CASE No.: 1:21-cv-04323-VM** |

### NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 87), Lead Plaintiff Joseph Nolff and Named Plaintiff Bruce Palenske ("Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable Victor Marrero, United States District Judge of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007-1312, Courtroom 15B, on September 9, 2022 at 2:00 p.m., for entry of an order granting an award of attorneys' fees, reimbursement of expenses, and award to Plaintiffs. [1]

---

[1] Plaintiff's [Proposed] Final Judgment Approving Class Action Settlement, including the proposed order granting an award of attorneys' fees, reimbursement of expenses, and award to Plaintiffs, was previously filed as Ex. B to the Settlement Stipulation. (*See* Dkt. No. 86-6.)

1

This motion is based on this Notice of Motion, Plaintiffs' supporting Memorandum of Law, the Declaration of Jacob A. Goldberg and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing.

Defendants do not oppose this motion.

Dated: August 12, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jacob A. Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: jgoldberg@rosenlegal.com

Jing Chen
275 Madison Avenue, 40th floor
New York, NY 10016
Telephone: (212) 686-1060
Email: jchen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

3