# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ,<br><br>Defendants. | CASE No.: 1:21-cv-04323-VM |

**DECLARATION OF JACOB A. GOLDBERG ON BEHALF OF**
**THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Jacob A. Goldberg, declare and state the following to the best of my knowledge pursuant to 28 U.S.C. §1746: [1]

1.      I am an attorney duly licensed to practice law in New York and before this Court. I am a partner of the law firm of The Rosen Law Firm, P.A. ("Rosen Law"), court-appointed Lead Counsel for Lead Plaintiff Joseph Nolff ("Nolff") and Named Plaintiff Bruce Palenske ("Palenske", together with Nolff as "Plaintiffs") and the Settlement Class in this litigation ("Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      My firm rendered the following services in connection with the prosecution of this Action: briefed the motion for consolidation of relation actions and appointment of Lead Plaintiff and Lead Counsel; researched and prepared the first, second and third amended complaints;

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 22, 2022. *See* ECF No. 86.

1

retained and supervised private investigators; retained and consulted with experts in damages; performed economic analyses of securities movements and pricing data; reviewed press releases, news articles, transcripts, and other public statements issued by or concerning Defendants; researched reports issued by financial analysts concerning Aterian's business and financial performance; reviewed and analyzed Defendants' filings with the U.S. Securities and Exchange Commission ("SEC"); reviewed docket entries from civil actions involving Defendants filed in courts around the country; reviewed docket entries from a civil action against the Culper Research; requested documents concerning regulatory actions involving Defendants, including inquiries to the SEC for access to administrative proceedings and investigations regarding Aterian pursuant to the Freedom of Information Act (FOIA); retained a private investigator to locate witnesses and conduct interviews; conducted extensive legal research and analysis and drafting Plaintiffs' responses in opposition to Defendants' arguments in two pre-motions to dismiss letters; drafted mediation briefs and analyzed Defendants' mediation submissions; participated in settlement negotiations including an all-day mediation; negotiated and prepared settlement documents; conferred with client about the Settlement; prepared motions and briefs in support of approval of the settlement, and oversaw the provision of Notice to the Settlement Class and monitored the work of the Claims Administrator.

3. The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

2

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Jacob Goldberg (P) | 30 | $975 | 193.9 | $189,052.50 |
| Phillip Kim (P) | 20 | $975 | 8.6 | $8,385.00 |
| Yu Shi (C) | 11 | $700 | 0.5 | $350.00 |
| Jing Chen (A) | 11 | $700 | 393.3 | $275,310.00 |
| Erica Stone (A) | 9 | $675 | 15.89 | $10,725.75 |
| Ryan Hedrick (A) | 3 | $575 | 23.2 | $13,340.00 |
| Scott Kim (A) | 5 | $575 | 4.3 | $2,472.50 |
| Nicholas Castriz (SLC) | n/a | $275 | 2.92 | $803.00 |
| Zachary Stanco (PL) | n/a | $275 | 0.75 | $206.25 |
| TOTAL | | | 643.36 | $500,645.00 |

\* Partner (P), Counsel (C), Associate (A), Summer Law Clerk (SLC), Paralegal (PL)

4.      Since the beginning of this Action, my firm has performed a total of **643.36** professional work hours in the prosecution of this Action. The total lodestar amount for my firm is **$500,645.00.**

5.      The Rosen Law Firm, P.A. expended a total of **$23,892.16** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---|
| Expert Fees | $2,875.00 |
| Investigator Fees | $7,500.00 |
| Mediation Fee | $8975.00 |
| Online Legal Research and Document Retrieval Fees | $945.04 |
| Press Release / Notice to Class Member Fees | $3597.12 |
| **TOTAL EXPENSES** | **$23,892.16** |

6.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed this 12th day of Augus, 2022, in Jenkintown, Pennsylvania.

/s/  Jacob A. Goldberg
Jacob A. Goldberg

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 12, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Jacob A. Goldberg*
Jacob A. Goldberg