# EXHIBIT 4

## DECLARATION OF BRUCE PALENSKE

I, Bruce Palenske, declare the following pursuant to 28 U.S.C. §1746:

1. I am the named Plaintiff in the above-captioned securities class action (the "Action"), and for purposes of this Settlement, a Class Representative. I respectfully submit this declaration in support of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Class in the prosecution of this Action.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3. I am retired. I received a bachelor's degree from Toledo University. I currently reside in Salt Lake City, Utah.

4. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u, and I have discharged those duties to the best of my ability.

5. I have been active in the prosecution of this case since I moved to serve as the named Plaintiff on October 12, 2021. (Dkt. 55.)

6. On behalf of the members of the Class in this Action, I have worked with Lead Counsel regarding the litigation and the resolution of this case.

7. Throughout the litigation, I received periodic status reports from Lead Counsel on case developments and participated in communications concerning the prosecution of the Action, the strengths of and risks to the claims, and settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed significant

1

pleadings and briefs; (c) participated in and consulted my attorneys regarding the settlement negotiations; and (i) evaluated and approved the proposed Settlement.

8. I have worked with counsel to make sure the Class received fair and adequate representation. I have done my best to promote the interests of the Class and to obtain the largest recovery possible under the circumstances, and I believe that the Settlement confers the fair result under all of the circumstances.

9. I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

10. In fulfillment of my responsibilities as the named Plaintiff, I estimate that I devoted at least 40 hours of time to this litigation. The time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities.

11. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $3000 as reimbursement for the time spent and efforts I made on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of August 2022.

DocuSigned by:

3B2451BB0A8F439...

Bruce Palenske

2