```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JOSEPH NOLFF,                       :
                                    :
              Plaintiff,            :
                                    :   21 Civ. 4323
    - against -                     :
                                    :
ATERIAN, INC., et al.,              :
                                    :
              Defendants.           :
-----------------------------------X
SHAOXUAN ZHANG,                     :
                                    :
              Plaintiff,            :
                                    :   21 Civ. 8657
    - against -                     :
                                    :   ORDER
ATERIAN, INC., et al.,              :
                                    :
              Defendants.           :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The conference in the above-captioned matter scheduled for September 9, 2022 at 2:00 PM is hereby rescheduled to September 9, 2022 at 12:00 PM.

**SO ORDERED.**

Dated: September 2, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.