# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated, | CASE No.: 1:21-cv-04323-VM |
| Plaintiffs, | |
| v. | |
| ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated April 8, 2022 (Dkt. No. 87, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claim in connection with the Settlement of the above-

captioned action.[1] I submit this supplemental declaration  in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 11, 2022 (Dkt. No. 93-1, the "Bravata Declaration"), SCS mailed or e-mailed 1,926 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 20,788[2] Postcard Notices to potential Settlement Class Members or nominees.  Additionally, SCS was notified by a nominee that they emailed 13,788 of their clients to notify them of this settlement and provide a direct link to the Long Notice and Proof of Claim on the settlement webpage.  Since the Bravata Declaration was filed, SCS mailed no additional Postcard Notices, and sent no additional emails with the direct link to the Long Notice and Proof of Claims.  To date, a total of 34,576 potential Settlement Class Members were either mailed a Postcard Notice or emailed a direct link to the Long Notice and Proof of Claim.

<b><u>UPDATE ON TOLL-FREE PHONE LINE</u></b>

4.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 22, 2022 (Dkt. No. 86, the "Stipulation").

[2] As stated in the Bravata Declaration, we received 4 requests from the potential Settlement Class Members to mail them the Long Notice and Proof of Claim.  SCS immediately mailed a Long Notice and Proof of Claim to these individuals/entities.  Since the Bravata Declaration, SCS received no additional requests for Long Notice and Proof of Claims to be mailed.

as well as request the Long Notice and Proof of Claim.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBPAGE**

5.    As noted in the Bravata Declaration, on May 16, 2022, SCS established a webpage on its website at www.strategicclaims.net/Aterian/. The website is accessible 24 hours a day, 7 days a week. The webpage contained the current status, the case deadlines, the online claim filing link, and the important documents. SCS then on August 26, 2022 updated the time for the Settlement Hearing on the settlement webpage when the Court notified the counsel for parties of the change of the time for the hearing.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

6.    The Long Notice, Summary Notice, Postcard Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than August 19, 2022. To date, SCS has received one request for exclusion that is not valid.  A copy of the exclusion request was attached to the Bravata Declaration as Exhibit E.

7.    According to the Long Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an Award to Plaintiffs must be submitted to Class Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than August 19, 2022.  As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objection was submitted.

3

## <u>CLAIMS RECEIVED AND PRELIMINARY RECOGNIZED LOSSES</u>

8.      SCS has received 2,602 claims as of August 31, 2022. A preliminary calculation of the recognized losses for the received claims is set forth below:[3]

| **<u>Type of Claims</u>** | **<u>Number of claims</u>** | **<u>Recognized Damaged Shares</u>** | **<u>Dollar Amount of Recognized Losses</u>** |
|---|---|---|---|
| Valid Claims | 1,135 | 2,744,118 | $7,056,735 |
| Deficient Claims with No or Limited Proof[4] | 118 | 118,368 | $304,394 |
| Rejected Claims with No Recognized Losses/Gains | 1,349 | n/a | n/a |
| **Total** | **2,602** | **2,862,486** | **$7,361,129** |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of September 2022, in Media, Pennsylvania.

Josephine Bravata
Josephine Bravata

---

[3] The calculation results are subject to change because SCS has not completed the quality assurance process, during which process certain previously deficient claims may be cured or rejected, and the calculation results may change.

[4] SCS will communicate to these claimants the reasons for the deficiencies, affording each the opportunity to cure the deficiency.