```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
SHAOXUAN ZHANG,                     :
                                    :
                Plaintiff,          :   21 Civ. 8657
                                    :
        - against -                 :        ORDER
                                    :
ATERIAN, INC., et al.,              :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference in the above-captioned matter scheduled for September 9, 2022 at 2:00 PM shall be canceled. The conference scheduled in 21 Civ. 4323 for September 9, 2022 at 2:00 PM shall remain.

**SO ORDERED.**

Dated: September 7, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.