**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOSEPH P. NOLFF, ANDREW TATE and BRUCE PALENSKE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATERIAN, INC., YANIV SARIG, FABRICE HAMAIDE, and ARTURO RODRIGUEZ,<br><br>    Defendants. | CASE No.: 1:21-cv-04323-VM |

**NOTICE OF MOTION AND MOTION FOR DISTRIBUTION**
**OF CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Lead Plaintiff Joseph P. Nolff and named plaintiff Bruce Palenske (together, "Plaintiffs"), through Lead Counsel, hereby move this Court for entry of the accompanying [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds.

Plaintiffs base this Motion on this Notice of Motion; the Memorandum of Law in support hereof; the Declaration of Josephine Bravata Recommending Resolution of the Claims Process, and the Exhibits thereto; and all other pleadings and matters of record and such additional evidence or argument they may present at a hearing.

1

Plaintiffs submit the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds herewith.

Dated: March 29, 2023                            Respectfully submitted,

                                                 **THE ROSEN LAW FIRM, P.A.**

                                                 By: */s/ Jacob A. Goldberg*
                                                 Jacob A. Goldberg
                                                 101 Greenwood Avenue, Suite 440
                                                 Jenkintown, PA 19046
                                                 Telephone: (215) 600-2817
                                                 Email: jgoldberg@rosenlegal.com

                                                 Jing Chen
                                                 275 Madison Avenue, 40th floor
                                                 New York, NY 10016
                                                 Telephone: (212) 686-1060
                                                 Email: jchen@rosenlegal.com

                                                 *Lead Counsel for Plaintiffs and the Class*